UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

ALLIED MARINE,INC.,
A Florida Corporation,
ALLIED MARINE, INC.,
A Florida Corporation
for the use and benefit of
JUSTIN SULLIVAN,

    Plaintiffs,

vs.

AZIMUT BENETTI, S.p.A.
A Foreign Corporation,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

COMES NOW Defendant, AZIMUT BENETTI, S.p.A. (hereinafter AZIMUT) by and through undersigned counsel and pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, and hereby file this its Notice of Removal of the action styled: *ALLIED MARINE,INC., A Florida Corporation, ALLIED MARINE, INC., A Florida Corporation for the use and benefit of JUSTIN SULLIVAN, Plaintiffs, vs. AZIMUT BENETTI, S.p.A. A Foreign Corporation, Defendant*, Case Number: CACE-14-007460, Division: 12, from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida to the United States District Court for the Southern District of Florida.

### A.  Removal Prerequisites

1.  As required by 28 U.S.C. § 1446, AZIMUT hereby sets forth a short and plain statement of the grounds for this removal and have attached as Exhibit "1" a copy of all process,

pleadings, and orders served and/or filed with the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida.

2. AZIMUT submits to this Court that this action is properly removable under 28 U.S.C. § 1441 and 28 USC §1332. The registered agent for Azimut Benetti Service USA Inc. was served with the Summons and Complaint on April 24, 2014. See Exhibit "1". AZIMUT states that this action is being removed within thirty (30) days of service of process.[1]

3. Furthermore, the state court action was commenced on April 17, 2014 and therefore the removal is not barred by the one-year limitation found at 28 USC 1446(c)(1). AZIMUT will be filing a Notice of Filing Notice of Removal with the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida as appears in Exhibit "2" attached hereto.

4. Pursuant to the provisions of 28 U.S.C. 1446, Defendant is promptly giving written notice of this removal to counsel for Plaintiff and filing a copy of the Notice with the Clerk of the Circuit Court in and for Broward County as required by law.

### B.     Diversity Jurisdiction

5. AZIMUT asserts that the case is between a citizen of a State and a citizen of a foreign state and that federal jurisdiction is premised on diversity of citizenship. 28 USC §1332.

6. Pursuant to 28 USC 1446 (c)(2) AZIMUT asserts that it is facially apparent from the Complaint and the allegations that the amount in controversy exceeds the sum or value of the $75,000 amount-in-controversy requirement for diversity jurisdiction, exclusive of interests and costs.

---

[1] The named Defendant, AZIMUT BENETTI, S.p.A., is a separate legal entity from Azimut Benetti Service USA Inc. and AZIMUT BENETTI, S.p.A. denies that service of the Summons and Complaint was properly effected by serving the registered agent of Azimut Benetti Service USA Inc. However, this case has been removed within thirty (30) days from service of the Complaint on Azimut Benetti Service USA Inc. in an abundance of caution.

7. Plaintiff, ALLIED MARINE, INC. is a Florida corporation with its principal place of business in Broward County, Florida.

8. Defendant, AZIMUT is a foreign corporation with its principal place of business in the Republic of Italy.

WHEREFORE, Defendant AZIMUT BENETTI, S.p.A. respectfully submits that this action should be removed to the United States District Court for the Southern District of Florida.

/s/ Charles G. De Leo
Charles G. De Leo
Fla. Bar No. 353485
Email:  cdeleo@dkmaritime.com
Jan M. Kuylenstierna
Fla. Bar No. 375985
Email: jkuylenstierna@dkmaritime.com
Damon T. Hartley
Fla. Bar No. 41136
Email: dhartley@dkmaritime.com
Ryon L. Little
Fla. Bar No. 26402
rlittle@dkmaritime.com
De Leo & Kuylenstierna, P.A.
8950 SW 74th Court
Suite 1710
Miami, Florida 33156
Telephone:  (786) 332-4909
Facsimile:   (786) 518-2849
Attorneys for AZIMUT BENETTI, S.p.A.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by electronic mail on May 23, 2014 on all parties on the below service list.

/s/Ryon L. Little
Ryon L. Little

## SERVICE LIST

Alexander Dombrowsky, Esq.
(Fla. Bar No. 186260)
adombrowsky@robertallenlaw.com
ROBERT ALLEN LAW
The Four Seasons Tower,
1441 Brickell Avenue
Suite 1400
Miami, FL 33131
Tel: (305) 372-3300
Counsel for Plaintiffs